KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK OWENS (CASBN 230237)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7031
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JEFFREY SAI-CHEUNG NG,<br><br>   Defendant. | Case No. CR 06-0738<br><br>[~~PROPOSED~~] ORDER FOR SUMMONS |

Having reviewed the Motion for Summons and Declaration of Michael Perry, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Jeffrey Sai-Cheung Ng, 573 Sawyer St., San Francisco, CA 94112, appear on Tuesday, January 23, 2007 at 9:30 am before Magistrate Judge Larson to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____12/13/06_____

EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER FOR SUMMONS
Case No. CR 06-0738