SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

ROBERT D. REES (CSBN 229441)
Assistant United States Attorney

JESSICA ERLANDSON
Law Clerk

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
FAX: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0738 JL |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |
| v. ) | |
| JEFFREY SAI-CHUNG NG, ) | |
| Defendant. ) | |

The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from March 15, 2007, to September 15, 2007, for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition in this matter.

The United States has referred Mr. Ng to Pretrial Services for an intake evaluation. If Mr. Ng meets the qualifications set forth by Pretrial Services, she will be placed on pretrial diversion for no more than six months. Accordingly, the parties agree that the prosecution will

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-0738 JL

1  be deferred for a sixth month period of time for Ms. Huynh to demonstrate good conduct under
2  the conditions of a pretrial diversion program.
3  SO STIPULATED.

4                                         SCOTT N. SCHOOLS
                                       United States Attorney
5
6  DATED: 03/15/07               /s/ Robert D. Rees
                                       ROBERT D. REES
7                                       Assistant United States Attorney
8
9  DATED: 03/15/07               /s/s Barry Portman
                                       BARRY PORTMAN
10                                      Attorney for Mr. Ng

11     Based on the stipulation of the parties and for good cause shown, IT IS HEREBY
12 ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)
13 from March 15, 2007, to September 15, 2007, for deferral of prosecution by the United States for
14 the purpose of allowing the defendant to demonstrate good conduct under the conditions of a
15 pretrial diversion program.

17 DATED: March 27, 2007

IT IS SO ORDERED
Judge James Larson

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-0738 JL